AARON D. FORD
  Attorney General
Wade J. VanSickle (Bar No. 13604)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3216 (phone)
(702) 486-3773 (fax)
Email: wvansickle@ag.nv.gov

*Attorneys for Defendants*
*William Kuloloia and Jennifer Nash*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Gerardo L. Perez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jennifer Nash, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-01181-GMN-BNW<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY FOR SETTLEMENT PURPOSES (FIRST REQUEST)** |

Defendants William Kuloloai and Jennifer Nash (collectively "Defendants") the Office of the Attorney General, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Wade J. VanSickle, Deputy Attorney General, hereby move to extend the stay for an additional forty-five (45) days for settlement purposes.

On June 18, 2020, the Court issued an order staying the case for ninety (90) days so that the parties could participate in an early mediation conference. ECF No. 4. On August 4, 2020, the Court extended the stay until two (2) days after the Inmate Early Mediation Conference (EMC), October 20, 2020. ECF No. 9

On October 16, 2020, as a result of the early mediation conference, the parties reached an agreement in which this matter will be dismissed. ECF No. 15. However, the parties need additional time to execute and file the stipulation to dismiss the case so that Plaintiff is not prematurely charged the filing fee.

/ / /

Therefore, Defendants request that the stay be extended an additional forty-five (45) days, from October 20, 2020, until December 4, 2020.

DATED this 19th day of October, 2020.

                    AARON D. FORD
                    Attorney General

                    By:   /s/ Wade J. VanSickle
                            Wade J. VanSickle (Bar No. 13604)
                            Deputy Attorney General
                            *Attorneys for Defendants*

**IT IS SO ORDERED**

**DATED:** 4:01 pm, October 23, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**