1 AARON D. FORD
   Attorney General
2 Wade J. VanSickle (Bar No. 13604)
   Deputy Attorney General
3 State of Nevada
   Office of the Attorney General
4 555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5 (702) 486-3216 (phone)
   (702) 486-3773 (fax)
6 Email: wvansickle@ag.nv.gov

7 *Attorneys for Defendants*
   *William Kuloloia and Jennifer Nash*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Gerardo L. Perez, | Case No. 2:19-cv-01181-GMN-BNW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Jennifer Nash, *et al.*, | |
| Defendants. | |

It is stipulated and agreed by and between Gerardo L. Perez, Plaintiff pro se, and Defendants William Kuloloia, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Wade J. VanSickle, Deputy Attorney General, that the above-caption matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    This stipulation is made following the October 16, 2020, Inmate Early
2 Mediation Conference. The Parties further state that they have resolved this matter in its
3 entirety, Plaintiff Gerardo L. Perez is relieved of his obligation to pay the three hundred
4 and fifty dollar, and no cent, ($350.00) filing fee since this matter will not proceed beyond
5 the 90 day stay period, and that the Court may accordingly close the case.

6    DATED December 18th, 2020.          DATED December 30, 2020.

         Aaron D. Ford
         Nevada Attorney General

         By: /s/ W. VanSickle
_____
Gerardo L. Perez                Wade J. VanSickle (Bar No. 13604)
*Plaintiff Pro Se*              Deputy Attorney General
                                Office of the Nevada Attorney General
                                555 E. Washington Avenue, Suite 3900
                                Las Vegas, Nevada 89101
                                *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

Dated this 30 day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court